UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| JAY THOMAS | * | CIVIL ACTION NO. 3:19-CV-0493 |
| vs. | * | JUDGE TERRY A. DOUGHTY |
| BRACCO DIAGNOSTICS INC. | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 41] of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's motion to dismiss |Doc. No 25] i**s GRANTED** and all claims are **DISMISSED WITH PREDJUCE**.

THUS DONE AND SIGNED this 13th day of March, 2020, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE